UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| In re | No. 12-14234-BFK |
| COLLEEN M. SHAUGHNESSY, | |
| Debtor. | Chapter 13 |
| ------------------------------- | |
| COLLEEN M. SHAUGHNESSY, | |
| Plaintiff | A.P. No. 13-01186 |
| v. | |
| JOHN F. VAUGHN, | |
| Defendant | |

ORDER DENYING MOTION TO STRIKE DEFENSE OF RES JUDICATA, AND FINDING THE DEFENSE TO APPLY

On Plaintiff's oral Motion to strike the defense of res judicata and Defendant's cross motion to establish such defense, the Court having held a separate trial on the issue pursuant to Fed. R. Civ. P. Rule 42(b) and Bankr. R. 7042, and for the reasons stated on the record, it is hereby ORDERED, ADJUDGED AND DECREED that the defense of res judicata applies and bars all of Plaintiff's claims in this Adversary Proceeding, for affirmative relief and for setoff, other than her claim for educational expenses.

Dated: Oct 1 2014

/s/ Brian F. Kenney

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Defendant

Entered on Docket: October 1, 2014

Judge, U.S. Bankruptcy Court

Entered on Docket: _____

I ASK FOR THIS:

  /s/ Daniel M. Press_____
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Defendant

SEEN AND OBJECTED TO:

_____/s/   Steven B. Ramsdell_____
Steven B. Ramsdell, VSB #33222
Tyler, Bartl, Rasmsdell & Counts, P.L.C.
300 N. Washington St., Ste. 202
Alexandria VA 22314
Counsel for Plaintiff


Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

                                                __/s/Daniel M. Press___
                                                Daniel M. Press

Copies by CM/ECF to:
Counsel for Plaintiff
Counsel for Defendant