UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| In re ) | No. 12-14234-BFK |
| ) | |
| COLLEEN M. SHAUGHNESSY, ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| ----------------------------------------------------------- ) | |
| ) | |
| COLLEEN M. SHAUGHNESSY, ) | |
| ) | A.P. No. 13-01186 |
| Plaintiff ) | |
| v. ) | |
| ) | |
| JOHN F. VAUGHN, ) | |
| ) | |
| Defendant ) | |

FINAL JUDGMENT OF DISMISSAL

The Court having held a trial in this adversary proceeding, and the parties having agreed on the record that this is a core proceeding and consented to the entry of final judgment, and for the reasons stated on the record, and the Court having treated the claim for setoff as a component of the Objection to Defendant's proof of claim in the main case, it is hereby ORDERED, ADJUDGED AND DECREED that this Adversary Proceeding is DISMISSED. Each party shall bear his or her own costs.

Dated: Oct 1 2014                                  /s/ Brian F. Kenney
                                                   Judge, U.S. Bankruptcy Court

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101                                   Entered on Docket: October 1, 2014
(703) 734-3800
Counsel for Defendant

Entered on Docket: _____

I ASK FOR THIS:

 /s/ Daniel M. Press
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Defendant

SEEN AND OBJECTED TO:

____/s/ Steven B. Ramsdell_____
Steven B. Ramsdell, VSB #33222
Tyler, Bartl, Rasmsdell & Counts, P.L.C.
300 N. Washington St., Ste. 202
Alexandria VA 22314
Counsel for Plaintiff

## Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

                                                 /s/Daniel M. Press
                                                 Daniel M. Press

Copies by CM/ECF to:
Counsel for Plaintiff
Counsel for Defendant